# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| KAVRON CLARK, | ) | No. CV 08-4221-GHK (AGR) |
|     Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| KEN CLARK, Warden, | ) | |
|     Respondent. | ) | |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 8/2/11

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE